UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 12-45880-399  Chapter 13 |
| MICHAEL JAMES QUINN | ) | Plan Pmt:    TPI $25,991.71 |
| LEONA JEAN QUINN | ) | Term:        $518X33 BEG 10/14 |
| | ) | |
| Debtors | ) | 3RD AMENDED   POST-CONF AM |

### CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN

**CERTIFICATION**

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and certifies that: he has reviewed the Debtors' schedules, plan, and the Debtors' most recent pending motion to amend the plan, and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan, including any and all of the most recent proposed amendments thereto, complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtors have advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled.  The Debtors are substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Dated: November 10, 2014                    /s/ John V. LaBarge, Jr., Chapter 13 Trustee
CNFORD--TV                                           John V. LaBarge, Jr., Chapter 13 Trustee
Original Confirmation hearing set for:       P.O. Box 430908
August 15, 2012                                       St. Louis, MO  63143
                                                             (314) 781-8100  Fax: (314) 781-8881
                                                             trust33@ch13stl.com

**ORDER**

It is **ORDERED** that the plan is confirmed; if Debtors have filed a motion to amend seeking confirmation of this confirmed plan, that motion is GRANTED; all other pending motions to amend plan are DENIED; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C.  § 1304(b), the Debtors are hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a)(3).

**DATED: November 13, 2014**              Barry S. Schermer
**St. Louis, Missouri**                              **United States Bankruptcy Judge**

| 12-45880-399 | CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN | Page 2 of 2 |

Copy mailed to:

MICHAEL JAMES QUINN
LEONA JEAN QUINN
9 LAUREL OAKS COURT
LAKE SAINT LOUIS, MO  63367

John V. LaBarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

JENKINS & KLING PC
150 N MERAMEC AVE
STE 400
CLAYTON, MO  63105